# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Goodwill Easter Seals of Miami Valley | ) ASBCA No. 60329 |
| | ) |
| Under Contract No. HDEC08-13-C-0013 | ) |

APPEARANCE FOR THE APPELLANT:    Daniel F. Edwards, Esq.
    Frost Brown Todd LLC
    Columbus, OH

APPEARANCES FOR THE GOVERNMENT:    Ralph J. Tremaglio, III, Esq.
    Deputy General Counsel
James F. Hayes, Esq.
    Assistant General Counsel
    Defense Commissary Agency
    Fort Lee, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 March 2016

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60329, Appeal of Goodwill Easter Seals of Miami Valley, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals